# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 15, 2024

Lyle W. Cayce

Clerk

————————

No. 24-60109

————————

LIBERTY ENERGY, INCORPORATED; NOMAD PROPPANT SERVICES, L.L.C.; STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF TEXAS; TEXAS ALLIANCE OF ENERGY PRODUCERS; DOMESTIC ENERGY PRODUCERS ALLIANCE; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; TEXAS ASSOCIATION OF BUSINESS; LONGVIEW CHAMBER OF COMMERCE,

*Petitioners*,

*versus*

SECURITIES AND EXCHANGE COMMISSION,

*Respondent*.

————————————————————

Petition for Review from an Order of the
Securities & Exchange Comm
Agency No. 33-11275
Agency No. 34-99678

————————————————————

## UNPUBLISHED ORDER

Before JONES, HIGGINSON, and WILSON, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Petitioners Liberty Energy, Inc. and Nomad Proppant Services, L.L.C.'s motion for an administrative stay is GRANTED.